UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-9292 MRW | Date | October 19, 2020 |
|---|---|---|---|
| Title | Rosanna Stewart v. International Cosmetics and Perfumes | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: DISMISSAL**

The parties filed a notice to dismiss this action. (Docket # 38.) This action is dismissed with prejudice.